UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BANCA NAZIONALE DEL LAVORO,

                Plaintiff,

    -against-

THE REPUBLIC OF ARGENTINA,

                Defendant.

------------------------------------------------------------x

07 CIV 8000

07 CV

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiff Banca Nazionale del Lavoro certifies that the publicly held company BNP Paribas S.A. owns over 99% of Plaintiff's stock.

Dated: New York, New York
       September 12, 2007

HUGHES HUBBARD & REED LLP

By: _____
    Nicolas Swerdloff
    John Fellas
    Russell W. Jacobs
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
*Attorneys for Plaintiff*

60018186_1.DOC