UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BANCA NAZIONALE DEL LAVORO,

                               Plaintiff,

      -against-                  :  Index No. 07 cv 8000

                               **AFFIDAVIT OF SERVICE**

THE REPUBLIC OF ARGENTINA,

                              Defendant.

------------------------------------x
STATE OF NEW YORK…….)
                      ss.:
COUNTY OF NEW YORK….)

       Margaret Murphy, being duly sworn, deposes and says that I am over the age of eighteen years, not a party to this action, and am in the employ of Hughes Hubbard & Reed LLP.

       That on September 14, 2007, approximately 11:10 a.m., deponent served **SUMMONS AND COMPLAINT**, along with **INDIVIDUAL JUDGE'S RULES – THOMAS P. GRIESA, PROCEDURES FOR ELECTRONIC CASE FILING, NOTICE AND CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE, THIRD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE**, and **SOUTHERN DISTRICT DOCKET SHEET PRINTED 9/14/07,** by hand upon:

       The Republic of Argentina
       c/o Banco de la Nacion Argentina
       225 Park Avenue – 3rd Floor
       New York, NY 10169

By personally leaving true copies with Roberto H. Barrientos, Vice President, who stated that he was authorized to accept service on behalf of the Republic of Argentina. Mr. Barrientos' business card is attached to this affidavit.

Mr. Barrientos can be described as a Caucasian male of Spanish descent, approximately 5 feet 5 inches tall, gray hair, about 170 pounds, and between the ages of 60 and 70.

                                                     */s/ Margaret Murphy*
                                                     MARGARET MURPHY

Sworn to before me this
____ day of September, 2007

*/s/ Patricia E. Smith*
Notary Public

**PATRICIA E. SMITH**
**Notary Public, State of New York**
**No. 1SM4796951**
**Qualified in Richmond County**
**Certificate Filed in New York County**
**Commission Expires March 30, 20__**

                                           ROBERTO H. BARRIENTOS
                                                 VICE PRESIDENT

                                    BANCO DE LA NACION ARGENTINA
                                    225 PARK AVENUE - 3rd FLOOR    TEL (212) 303-0880
                                    NEW YORK, N.Y. 10169           FAX (212) 303-0805
                                    (212) 303-0600                   rbarrientos@bnany.com